IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 06-cr-00036-LTB-1

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.  ORLANDO SUBIA,

       Defendant.
_____

ORDER
_____

THIS MATTER coming before the Court upon motion of the government to dismiss Counts One, Two, and Five of the Indictment, and Count Four as to Orlando Subia only (i.e. all charges and only those charges as to defendant Subia), and the Court having considered the same,

IT IS HEREBY ORDERED that Counts One, Two, and Five of the Indictment, and Count Four as to Orlando Subia only, are dismissed without prejudice this  21st  day of  March , 2006.

                                            BY THE COURT:

                                              s/Lewis T. Babcock
                                            Lewis T. Babcock, Chief Judge